HUGH DOON, Respondent, *v.* CASTLETON WATER SUPPLY COMPANY, Appellant.

*Doon* v. *Castleton Water Supply Co.*, 103 App. Div. 597, affirmed. (Argued May 25, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

38

5, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Henry W. Wiggins* for appellant.

*Herbert A. Heyn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.